# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIFFANY SMITH, as parent and guardian of Deante Smith, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV331 |
| vs. | ) ) | ORDER |
| CITY OF OMAHA, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2).  Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

DATED this 19th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge